**IN THE UNITED STATES COURT FOR THE**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **HLEVICTOR HOSKINS,** | § | |
| *PLAINTIFF* | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:24-CV-3380** |
| | § | |
| **NELNET, INC.,** | § | |
| *DEFENDANT* | § | |

**EXHIBIT "A"**
**INDEX OF MATTERS BEING FILED**

1. **Civil Cover Sheet**;

2. **Notice of Removal to United States District Court**;

3. **Exhibit "A"**:  Index of Matters Being Filed;

4. **Exhibit "B"**:  Index of State Court's File;

5. **Exhibit "C"**:  List of All Counsel of Record;

6. **Exhibit "D"**:  Certificate of Interested Parties

HB: 4856-1169-6606.1