IN THE UNITED STATES COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **HLEVICTOR HOSKINS,** | § | |
| *PLAINTIFF* | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:24-CV-3380** |
| | § | |
| **NELNET, INC.,** | § | |
| *DEFENDANT* | § | |

**EXHIBIT "B"**
**INDEX OF STATE COURT'S FILE**[3]

| B-1 | Plaintiff's Original Petition | 08/12/2024 |
| B-2 | Nelnet's Original Answer | 08/29/2024 |

---

[3] Nelnet will request the remainder of the State Court file and will supplement.

HB: 4856-1169-6606.1

Citation - Small Claims Money Damages                                    Tracking Number: K0407062

## Case Number: 245100295998

| | | |
|---|---|---|
| Hlevictor A. Hoskins Jr<br>Plaintiff<br>vs.<br>Nelnet INC<br>Defendant | § § § § § § § | In the Justice Court<br>Harris County, Texas<br>Precinct 5, Place 1<br>6000 Chimney Rock Road<br>Suite 102<br>Houston, TX 77081<br>713-274-8700<br>www.jp.hctx.net |

### Citation (Small Claims Case)

THE STATE OF TEXAS
COUNTY OF HARRIS

TO: ANY SHERIFF, CONSTABLE, PROCESS SERVER CERTIFIED UNDER ORDER OF THE SUPREME COURT, OTHER PERSON AUTHORIZED BY COURT ORDER, OR CLERK:

Deliver this citation, together with a copy of the petition, to:

Nelnet INC
By Serving: C T Corporation System
5601 South 59th St
Lincoln NE  68516

**TO THE DEFENDANT:**
You have been sued. You are commanded to appear by filing a written answer to the petition filed by Plaintiff with the Clerk of the Court <u>on or before the end of the 14th day after the date of service</u> of this citation. In your answer, please provide an email address if you consent to email service of any pleadings or other documents in your case. If you fail to file an answer as required, a judgment by default may be rendered for the relief demanded in the petition.

Date Petition Filed: 08/12/2024

Nature of demand made by Plaintiff(s): money owed in the amount of $20,000.00.  A copy of the petition is attached.

### Notice
You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult the Texas Rules of Civil Procedure, Part V, Rules of Practice in Justice Courts. A copy of the Rules is available at http://www.jp.hctx.net/ or at the Justice Court.

Date: 8/12/2024



/s/ Sandra Saldana
Clerk of the Court
Harris County Justice Court
Precinct 5, Place 1

Address of Plaintiff

2425 Holly Hall St Apt K142
Houston TX 77054

RECEIVED OR FILED
JUSTICE OF THE PEACE 5
HARRIS COUNTY, TEXAS
06/12/2024 11:50:59 AM

**Small Claims Petition**

NO. 245100295998

Hlevictor A. Hoskins Jr
_____

Plaintiff(s)

vs.

Nelnet INC
_____

Defendant(s)

§ In the Justice Court of Harris County, Texas
§ Precinct 5    Place 1
§
§
§
§
§

Plaintiff: Hlevictor A. Hoskins Jr

Describe the legal nature of the plaintiff (e.g., individual, sole proprietorship, partnership, corporation)
Individual

Defendant: Nelnet Inc.
Address: 5601 South 59th St
City: Lincoln   State: NE   Zip: 68516   Date of Birth (if applicable): _____

Describe the legal nature of the defendant (e.g., individual, sole proprietorship, partnership, corporation)
Corporation

*Defendant may be served by serving C T Corporation System
(state the name of the defendant if defendant is an individual, or state the name and title of the person who is authorized to receive service of process for the defendant if defendant is a partnership, limited partnership, corporation, or limited liability company), who may be served at
5601 South 59th St Lincoln, Nebraska 68516
(state the address for service of process).
The defendant's usual place of business or residence, or other place where defendant can probably be found is 5601 South 59th St Lincoln

**Cause of Action**
(State the cause of action in plain and concise language, sufficient to give fair notice of the claim and to provide enough information to enable the defendant to prepare a defense. You may include information showing venue is proper in the Justice of the Peace Precinct in which you are filing. If you are seeking personal property, you must describe the property and state the value of the property.)

Neglect and not in compliance with FCRA, due to multiple attempts to report Identity theft, and requesting original documents to prove debt. No response from Nelnet Inc

**Relief Requested** (Describe the relief you are requesting, itemizing the amount of damages you are seeking.)
B 20,000 in damages

Respectfully submitted,

Hlevictor A. Hoskins
Signature of Plaintiff or Plaintiff's Attorney of Record
Printed Name: Hlevictor A. Hoskins Jr
State Bar No.
Address: 2425 Holly Hall St Houston, TX 77054 (Apt K142)
Telephone: 863 558 6306   Fax Number: _____
E-Mail Address: V-hos@yahoo.com

☐ Plaintiff consents to the e-mail service of the answer and any other motions or pleadings to this e-mail address.

No. 245100295998

| | | |
|---|---|---|
| **HLEVICTOR HOSKINS, JR.,** § | | **IN THE JUSTICE COURT** |
| Plaintiff, § | | |
| § | | |
| v. § | | **PRECINCT 5, PLACE 1** |
| § | | |
| **NELNET, INC.,** § | | |
| Defendant. § | | **HARRIS COUNTY, TEXAS** |

### DEFENDANT NELNET SERVICING, LLC'S ORIGINAL ANSWER

Defendant, NELNET SERVICING, LLC (incorrectly identified as "Nelnet, Inc.") ("Nelnet"), files this, its Original Answer and in support thereof would show the Court as follows:

#### I. GENERAL DENIAL

Nelnet generally deny each and every, all and singular, the allegations contained in Plaintiff's Original Petition ("Petition") pursuant to Rule 92 of the Texas Rules of Civil Procedure, and upon final trial or hearing hereof will require strict proof in accordance with the laws of the State of Texas and the United States Constitution.

#### II. AFFIRMATIVE DEFENSES

The affirmative defenses below are stated in the alternative:

1. Plaintiff's Petition fails to state a claim or cause of action, in whole or in part, upon which relief may be granted.

2. Plaintiff's tort claims sound in contract.

3. Plaintiff's claims are barred by the economic loss doctrine.

4. Plaintiff's claims are barred by the applicable statute of limitations.

5. Plaintiff's claims are barred by waiver.

6. Plaintiff's claims are barred by laches.

HB: 4867-6831-3566.1

RECEIVED OR FILED
JUSTICE OF THE PEACE 5-1
HARRIS COUNTY, TEXAS
8/29/2024 8:08 AM

7.      Nelnet alleges that the damages claimed by Plaintiff were proximately caused by the acts or omissions of Plaintiff or a party or parties, whether joined in this suit or not, for whose conduct Nelnet is not responsible, and therefore Nelnet pleads proportionate responsibility. Nelnet specifically alleges the following:

   a. Plaintiff's own fault contributed to or solely caused his damages, if any.

   b. Plaintiff's damages, if any, were caused solely by one or more third parties for whose conduct or misconduct Nelnet is not responsible.

   c. Plaintiff's claims are barred by Plaintiff's own comparative negligence and/or fault.

8.      The acts or omission of a person or entity, whether or not a party to this suit, and who was not at any material time subject to Nelnet's actual or constructive control were a new, independent, intervening or superseding cause of Plaintiff's damages, if any.

## PRAYER

WHEREFORE, NELNET SERVICING, LLC prays that Plaintiff take nothing by reason of Plaintiff's claims in this suit, and for any and all such other and further relief, at law or in equity, to which NELNET SERVICING, LLC may show itself to be entitled.

HB: 4867-6831-3566.1

Respectfully submitted,

HUSCH BLACKWELL, LLP

By: */s/ Sabrina A. Neff*
Sabrina A. Neff
TBN# 24065813
600 Travis St., Suite 2350
Houston, Texas 77002
(713) 647-6800 – Telephone
(713) 647-6884 – Facsimile
sabrina.neff@huschblackwell.com
ATTORNEYS FOR DEFENDANT
NELNET SERVICING, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following on August 29, 2024:

Hlevictor Hoskins, Jr.   ***Certified Mail No. 9314 8699 0430 0125 3261 71***
2425 Holly Hall, Apt. 15142
Houston, Texas 77054
*Pro Se Plaintiff*

                                      */s/Sabrina A. Neff*
                                      Sabrina A. Neff

HB: 4867-6831-3566.1

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Elizabeth Spivey on behalf of Sabrina Neff
Bar No. 24065813
Elizabeth.Spivey@huschblackwell.com
Envelope ID: 91451968
Filing Code Description: Answer Filed
Filing Description: Defendant Nelnet Servicing, LLC's Original Answer
Status as of 9/10/2024 9:30 AM CST

Associated Case Party: Nelnet INC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Sabrina Neff | | sabrina.neff@huschblackwell.com | 8/29/2024 8:08:55 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Elizabeth Spivey | | Elizabeth.Spivey@huschblackwell.com | 8/29/2024 8:08:55 AM | SENT |
| Carmen Garcia | | carmen.garcia@huschblackwell.com | 8/29/2024 8:08:55 AM | SENT |

Hlevictor Hoskins, Jr.
2425 Holly Hall, Apt. 15142
Houston, TX 77054

9314 8699 0430 0125 3261 71

Sabrina A. Neff, Esq.
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

Hlevictor Hoskins, Jr.
2425 Holly Hall, Apt. 15142
Houston, TX 77054

Sabrina A. Neff, Esq.
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

Sabrina A. Neff, Esq.
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002



**9314 8699 0430 0125 3261 71**
RETURN RECEIPT (ELECTRONIC)

# Please Discard