United States District Court
Southern District of Texas
**ENTERED**
December 24, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HLEVICTOR HOSKINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-03380 |
| | § | |
| NELNET, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

## FINAL JUDGMENT

*Pro se* Plaintiff Hlevictor Hoskins brought this suit against Defendant Nelnet, Inc. on September 11, 2024 (Doc. 1). In an Order signed on December 23, 2024, the Court granted Defendant's Motion to Dismiss (Doc. 27).

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth in the December 23, 2024 Order, final judgment is hereby **ENTERED** for Defendant.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 23rd day of December, 2024.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE